UNTIED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NEIL EICHMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MEGAN R. EICHMAN, <br><br> Plaintiff, <br><br> v. <br><br> AUSTIN RISSANEN, in his individual capacity; CHARLESTON COUNTY SHERIFF'S OFFICE; and TOWN OF JAMES ISLAND, <br><br> Defendants. | Civil Action No.: 2:20-04057-BHH <br><br> **PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES PURSUANT TO FED. R. CIV. P. 26(a)(2)** |

Pursuant to 26(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, by and through his undersigned attorneys, certifies that written reports prepared by the experts listed below have been disclosed to all other Parties on this date and that the reports comply with the requirements of Rule 26(a)(2)(B). Plaintiff reserves the right to supplement these reports as required by Rule 26(e), if necessary, as discovery progresses in this case.

Plaintiff hereby discloses and designates the following as expert witnesses:

Geoffrey P. Alpert
Department of Criminology and Criminal Justice
1305 Greene Street
University of South Carolina
Columbia, SC 29208

Geoffrey P. Alpert, Ph. D., is a professor of criminology and criminal justice at the University of South Carolina in Columbia, South Carolina. Dr. Alpert has a Ph.D. in Sociology from Washington State University and has been conducting research and writing peer reviewed material on police and law enforcement agencies for more than twenty-five years. Dr. Alpert is

the Chief Research Advisor to the National Institute of Justice. Dr. Alpert is a monitor with the Office of the Consent Decree Monitor for the New Orleans Police Department and a member of the Compliance Officer and Community Liaison Team to Implement Settlement Agreement for the Portland Police Bureau. Dr. Alpert is a member of the International Association of Chiefs of Police Research Advisory Council. Dr. Alpert has written more than 150 publications on criminal justice and policing, many of which deal with police policies, customs and practices, emergency pursuits, use of force, and deadly force.

He is expected to testify consistent with his written report and as to matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, employment experience, and review of case materials. His qualifications can be found in his curriculum vitae.

>Woodrow M. Poplin, MSE, PR
>W. Poplin Engineering, LLC
>PO Box 210
>Wadmalaw Island, South Carolina 29487

Mr. Poplin is an accident reconstruction and engineering expert and founder of W. Poplin Engineering, LLC. He is expected to testify consistent with his written report and as to matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, employment experience, and review of case materials. His qualifications can be found in his curriculum vitae.

Roy G. Taylor, Ph.D.
Criminal Justice and Security Consultant
9650 Strickland Road, Suite 103-162
Raleigh, NC 27615

Roy Taylor is a professional law enforcement manager with over forty (40) years of experience in federal, state, local and private Police Chief positions. His areas of expertise include law enforcement training, emergency vehicle operations, recruiting, employee selection, assignment, supervision, evaluation and retention, curriculum development, policies and procedures design and implementation, anti-terrorism, operation security, force protection, physical security, budgeting, public relations and emergency management. He is presently employed as the Chief of Police Blue Ridge Public Safety and the Use of Force Director at Compliant Technologies.

He is expected to testify consistent with his written report as to law enforcement policies, training, practices and related matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, employment experience, and review of case materials. His qualifications can be found in his curriculum vitae.

Kevin A. Rider, PhD, PE, CPE
Forensic Human Factors, LLC
100 E. Campus View Blvd., Suite 250
Columbus, OH 43235

Kevin Rider is a licensed professional engineer and certified professional ergonomist (human factors) with specialty in driver perception, behavior, and response. He is expected to testify consistent with his written report and as to matters within his professional experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's

Complaint, additional pleadings, materials exchanged in discovery, and deposition testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, employment experience, and review of case materials. His qualifications can be found in his curriculum vitae.

Plaintiff reserves the right to designate a responsive expert to any expert Defendants designate after this date. Plaintiff also reserves the right to call any expert witness who may be required to substitute for another expert listed herein in the event that the listed expert becomes unavailable to testify at trial due to circumstances beyond Plaintiff's control. Plaintiff further reserves the right to supplement this list prior to the trial of this case.

Plaintiff certifies through his counsel that pursuant to Fed. R. Civ. P. 26(a)(2)(B) he will serve on all counsel those materials required as part of his expert disclosures.

Dated: November 8, 2021          Respectfully submitted,

**MCLEOD LAW GROUP LLC**

*/s/ Colin V. Ram*
Colin V. Ram, No. 12958
W. Mullins McLeod, Jr., No. 7142
P.O. Box 21624
Charleston, SC 29413
P: (843) 277-6655 F: (843) 277-6660

*Attorneys for the Plaintiff*