# IN THE UNTIED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NEIL EICHMAN, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MEGAN R. EICHMAN, </br></br>                Plaintiff,</br></br>v.</br></br>AUSTIN RISSANEN, in his individual capacity; CHARLESTON COUNTY SHERIFF'S OFFICE; and TOWN OF JAMES ISLAND,</br></br>                Defendants. | Civil Action No.: 2:20-04057-BHH</br></br>**PLAINTIFF'S DISCLOSURE OF PROPOSED PRESENTATION OF RECORDS CUSTODIAN WITNESSES BY AFFIDAVIT** |

Pursuant to the Fourth Amended Consent Scheduling Order, Plaintiff proposes the following records custodian witnesses to be presented by affidavit at trial. Counsel for Plaintiff certifies that the affidavits of records custodian witnesses and the complete copies of the records received from each records custodian have been produced to Defendants through counsel.

1. Affidavit of Christopher B. Brumlow South Carolina Criminal Justice Academy for the 13 pages kept, maintained and produced pursuant to Plaintiff's subpoena served on February 12, 2021.

2. Affidavit of Christina N. Denson, Summerville Police Department for the 204 pages kept, maintained and produced pursuant to Plaintiff's subpoena served on February 12, 2021.

Plaintiff reserves the right to supplement this disclosure through a joint stipulation of authenticity among the parties.

Respectfully submitted,

                                 **McLEOD LAW GROUP, LLC**
Post Office Box 21624
Charleston, South Carolina 29413
(843) 277-6655

*s/ Colin V. Ram*
Colin V. Ram, No. 12958
W. Mullins McLeod, Jr., No. 7142
colin@mcleod-lawgroup.com
*Attorneys for Plaintiff*

April 5, 2022
Charleston, South Carolina