**Heather Cornwell**

**From:** Heather Cornwell
**Sent:** Friday, December 8, 2023 4:22 PM
**To:** Julie Armstrong
**Subject:** REMAND Eichman v. Rissanen et al  2:20-cv-04057-BHH
**Attachments:** 20-4057 nef.pdf; 20-4057 filed order.pdf

Good Afternoon-

Please be advised that on December 8, 2023 an order was entered remanding the above referenced case to your court. The case number assigned to this action in your Court is 2020-CP-10-04561.

**_Please confirm receipt of the order by responding to this email._**

A copy of the Notice of Electronic Filing and a certified copy of the order are attached.
The attorneys in this case are listed at the bottom of the Notice of Electronic Filing and will be responsible for sending the documents filed in Federal Court to State Court.

Thank you,
Heather Cornwell
United States District Court
85 Broad Street
Charleston, SC 29401
(843) 579-1408